UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

JUAN A. GALARCE, : 07-CV-08280-AKH

                Plaintiff,

   - against -                **APPEARANCE**

ALAN KASMAN DBA KASCO, *et al.*,    **ELECTRONICALLY FILED**

               Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
      January 18, 2008

                            By:    /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.