Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
JUAN A. GALARCE,                               :    07-CV-8280-AKH
                                                             :
                         Plaintiff,           :    **NOTICE OF ADOPTION**
                                                             :    **OF ANSWER**
         - against -                          :    **TO MASTER COMPLAINT**
                                                             :    **BY MERRILL LYNCH**
ALAN KASMAN D/B/A KASCO,** *et al.*,          :
                                                             :    **ELECTRONICALLY FILED**
                         Defendants.          :
-------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned

action as against it, together with its costs and disbursements and for such other and further relief

as this Court deems just and proper.

Dated: New York, New York                    DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                    By:        /s/ Judith R. Cohen
                                            _____
                                            Robert J. Higgins (RH-6477)
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501

                                            *Attorneys for Defendant*
                                            MERRILL LYNCH & CO., INC.

2